United States District Court
Southern District of Texas
**ENTERED**
May 18, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Shaun Kieselhorst, | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | C.A. No. H-16-411 |
| | § | |
| Makansam, Inc., et al, | § | |
|     Defendants. | § | |

**ORDER OF DISMISSAL**

The Court having been advised by counsel for the parties that an amicable settlement has been reached in this action, it is

ORDERED that this cause be, and is hereby, dismissed on the merits without prejudice to the right of counsel of record to move for reinstatement within thirty days (30) days upon presentation of adequate proof that final approval of the settlement could not be obtained from the respective principals for whom counsel act. It is further

ORDERED that all motions currently pending are DENIED WITHOUT PREJUDICE. Any movant seeking to resubmit or reurge those motions must do so with ten (10) days from the date of reinstatement.

SIGNED at Houston, Texas on this __17__ day of May, 2017.

DAVID HITTNER
United States District Judge